# UNITED STATES *v.* HUCK MANUFACTURING CO. ET AL.

No. 8.  Argued November 15, 1965.—Decided December 6, 1965.

*Assistant Attorney General Turner* argued the cause for the United States.  With him on the brief were *Acting Solicitor General Spritzer, Frank Goodman* and *Robert B. Hummel.*

*Dennis G. Lyons* and *Thomas W. Pomeroy, Jr.,* argued the cause for appellees.  With them on the brief were *Paul A. Porter, William L. McGovern, John A. Blair, S. K. McCune* and *W. Walter Braham, Jr.*

PER CURIAM.

Judgment affirmed by an equally divided Court.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.